UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARBORIS, LLC, etc.,

    Plaintiff,                        Case No. 3:10-cv-00179-J-25TEM

v.

ARIZONA CHEMICAL COMPANY, etc., *et al.*,

    Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A), Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal **Without Prejudice**, and hereby dismisses **without prejudice** the claims asserted in this lawsuit against all Defendants. None of the Defendants in this cause have filed or served any answer or motion for summary judgment, so dismissal without prejudice by this notice is appropriate. Plaintiff intends to re-file claims against Defendants in another forum.

        Respectfully submitted,

        **VOLPE, BAJALIA, WICKES,**
        **ROGERSON & WACHS, P.A.**

        _/s/ Timothy W. Volpe_
        Timothy W. Volpe
        Florida Bar No. 358185
        Michael L. Duncan
        Florida Bar No. 50946
        Matthew P. McLauchlin
        Florida Bar No. 484180
        501 Riverside Avenue, 7th floor
        Jacksonville, FL 32202
        (904) 355-1700
        (904) 355-1797 (facsimile)

        Attorneys for Plaintiff, Arboris, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2010, I electronically filed the foregoing Notice of Filing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Attorney

## SERVICE LIST

Michael A. Abel
Holland and Knight, LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Michael.abel@hklaw.com