UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ARBORIS, LLC**,
a Delaware limited liability company,

    Plaintiff,

v.                                                            CASE NO.    3:10-cv-179-J-25TEM

**ARIZONA CHEMICAL, LTD**.,
a Bermuda limited company f/k/a
**ARIZONA CHEMICAL COMPANY**,
a Delaware corporation, **ARIZONA ARBORIS, INC.**, a Delaware corporation,
and **GERALD C. MARTERER,**

    Defendants.

## O R D E R

Pursuant to Plaintiff's Notice of Dismissal (Dkt. 48), it is

**ORDERED** that this action is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** this 22nd day of December, 2010.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:    Counsel of Record